UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| McKINLEY KEATHLEY,<br><br>          Petitioner,<br><br>      v.<br><br>JAMES TILTON, Acting Director, California Department of Corrections & Rehabilitation,<br><br>          Respondent. | ) Case No. EDCV 05-999 PA(JC)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

      Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

      IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: December 2, 2008

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE